UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

Rev. 9/03

-----------------------------------------------------------------X  
PATRICK M. MOLONEY

07 Civ. 7686 (CLB)(LMS)

Plaintiff,

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

- against -

NEW CENTURY MORTGAGE et al

Defendant.
-----------------------------------------------------------------X

     The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Settlement*

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

__X__ All purposes

    Particular Motion:_____

_____

    All such motions: ____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York  
       January 9, 2008

_____  
United States District Judge